IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>TCL INDUSTRIES HOLDINGS CO., LTD.; ET AL.,<br><br>Defendants. | Case No.: 2:22-cv-00134-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT PURSUANT TO THE COURT'S APRIL 19, 2024 ORDER (DKT. NO. 76)**

Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively, "AMD" or "Plaintiffs") and Defendant Realtek Semiconductor Corp. ("Realtek") (together with AMD, "the Parties") respectfully request the deadline to file the Joint Status Report pursuant to the Court's April 19, 2024 Order (Dkt. No. 76) be extended from May 17, 2024 until May 31, 2024.

The Parties jointly request the relief sought herein. The extension will allow the Parties to thoroughly confer on a number of litigations between the parties in addition to the instant matter and the related ITC investigation in order to advise the Court of the impact, if any, of other activities relating to the dismissal of the TCL Defendants, and the pending ITC and/or appeal proceedings relating thereto, on the discretionary stay entered at Dkt. No. 65.

WHEREFORE, Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC and Defendant Realtek Semiconductor Corp. respectfully request the deadline to file a Joint Status Report be extended from May 17, 2024 until May 31, 2024.

1

Dated: May 17, 2024

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

OF COUNSEL:
Michael T. Renaud
James M. Wodarski
Michael J. McNamara
Adam S. Rizk
William Meunier
Marguerite McConihe
Matthew A. Karambelas
Catherine Xu
Tianyi Tan
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
617-542-6000

Attorneys for Plaintiffs ATI Technologies
ULC and Advanced Micro Devices, Inc.


Respectfully submitted,

/s/ Jeffrey L. Johnson
Jeffrey L. Johnson – Lead Counsel
State Bar No. 24029638
BAKER BOTTS LLP
910 Louisiana St.
Houston, TX 77002
Tel: (713) 229-1234
Fax: (713) 229-7922
Jeffrey.Johnson@bakerbotts.com

Robert Benson
California State Bar No. 155971
BAKER BOTTS L.L.P.
101 California Street
Suite 3200 San Francisco, CA 94111
Tel: (415) 291-6285
Fax: (415) 291-6385
Robert.Benson@bakerbotts.com

Attorneys for Defendant Realtek Semiconductor Corp.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 17th day of May, 2024.

/s/ Eric H. Findlay
Eric H. Findlay

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing motion is joint.

*/s/ Eric H. Findlay*
Eric H. Findlay