IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>TCL INDUSTRIES HOLDINGS CO., LTD.; ET AL.,<br><br>Defendants. | Case No.: 2:22-cv-00134-JRG-RSP |

### ORDER

Before the Court is Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC and Defendant Realtek Semiconductor Corp. Second Joint Motion for Extension of Time to File Joint Status Report Pursuant to the Court's April 19, 2024 Order (**Dkt. No. 83**). Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the Parties shall have until May 31, 2024 to file the Joint Status Report.

**SIGNED this 21st day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE